# FINANCIAL AFFIDAVIT

IN UNITED STATES  ☒ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v.s. Filho

FOR: _____
AT: _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): _____

1. ☐ Defendant—Adult
2. ☒ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 04-64
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →)  ☒ Felony   ☐ Misdemeanor

## EMPLOYMENT

Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed? ☒ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ 2,000.00
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

## ASSETS

**OTHER INCOME**: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ _____
SOURCES: _____

**CASH**: Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $ _____  DESCRIPTION: _____

## DEPENDENTS

MARITAL STATUS:
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 1

List persons you actually support and your relationship to them: Wife

## OBLIGATIONS & DEBTS

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payment |
|---|---|---|---|
| Rent | | $ | $ 1,450.00 |
| Visa | | $ 3,500.00 | $ 300.00 |
| | | $ 1,000.00 | $ 300.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 9/1/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]