UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate Nos.
04-M00051-LPC
through
04-M00062-LPC

UNITED STATES OF AMERICA

v.

CHRISTINA CASSIANO, ET AL.

PROCEDURAL ORDER

August 31, 2004

COHEN, M.J.

Detention hearings have been scheduled in the above-entitled cases for September 10, 2004, at 2:00 p.m., and 3:00 p.m.

The government has moved for pretrial detention as to all defendants. None of the defendants have been interviewed by Pretrial Services. To the extent that counsel for a defendant seeks to have his or her defendant interviewed by Pretrial Services, that interview must be conducted before the detention hearings, and upon advance notice to Pretrial Services, so that an interpreter may be present.

/s/ [signature]
UNITED STATES MAGISTRATE JUDGE