AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

V.

NICODEMOS BERNARDINO FILHO

## WARRANT FOR ARREST

CASE NUMBER: 04-M00064-LPC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   NICODEMOS BERNARDINO FILHO
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment    Information    Complaint    Order of court    Violation Notice    Probation Violation Petition

charging him or her with (brief description of offense)
Social Security Account Number Fraud

in violation of
Title           42           United States Code, Section(s)   408(a)(7)(A)

LAWRENCE P. COHEN                              UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                        Title of Issuing Officer

*[signature]*                                  08-31-2004    Boston, Massachusetts
Signature of Issuing Officer                   Date and Location

Bail fixed at $                  by
                                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY SSA

DATE RECEIVED    Y ARREST/ARRAIGNMENT OF THE
                 NAME AND TITLE OF ARRESTING OFFICER   SIGNATURE OF ARRESTING OFFICER
                 DEFENDANT ON                          9/1/04

DATE OF ARREST

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):

SOCIAL SECURITY NUMBER (last 4 digits only):

HEIGHT:                                                          WEIGHT:

SEX:                                                                RACE:

HAIR:                                                               EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: