# United States District Court

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

NICODEMOS BERNARDINO FILHO
9 GARFIELD STREET, MAYNARD, MA

(Name and Address of Defendant)

*AMENDED*

## CRIMINAL COMPLAINT

CASE NUMBER: 04-M00064LPC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 22, 2002** in **Middlesex** county, in the District of **Massachusetts** defendant(s) did, (Track Statutory Language of Offense)

knowingly possess an identification card, to wit, a Social Security Account number card, which was and appeared to be an identification document of the United States which was produced without lawful authority knowing that such document was produced without lawful authority

in violation of Title **18** United States Code, Section(s) **1028(a)(6)**

I further state that I am a(n) **SSA Special Agent** and that this complaint is based on the following facts:

*Official Title*

See Attached Affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

09-10-2004                                    at       Boston, Massachusetts
Date                                                   City and State

LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE        _____
Name & Title of Judicial Officer              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT OF SPECIAL AGENT VANCE ELY

I, Vance Ely, having been duly sworn, do hereby depose and state as follows:

1. I have been a Special Agent with the United States Social Security Administration ("SSA"), Office of the Inspector General, Office of Investigations, Boston Field Office, since May 1997. My duties include investigating violations of Title 42 and Title 18 of the United States Code. During the period of my employment, I have conducted numerous investigations of fraud and other criminal violations. I was previously employed by the United States Department of Justice, Immigration & Naturalization Service, as an Immigration Inspector for 4 ½ years. I also hold a Bachelor of Science degree from Westfield State College.

2. SSA is an agency within the Executive Branch of the United States Government responsible for approving applications for Social Security Numbers and issuing Social Security Number Cards to eligible applicants, as well as managing and administering retirement, disability, survivor benefits, and Supplemental Security Income programs to our nation's eligible beneficiaries.

3. The Social Security Act (42 U.S.C. §301 et seq.) was enacted in 1935 to provide for the general welfare by establishing a system of Federal Benefits. The Social Security Number ("SSN"), a nine digit number, was devised as a means to keep track of the earnings of individuals who work under covered employment. Along with the SSN, the Social Security Number Card ("SSNC") was created. SSNCs are issued with or without employment restrictions depending upon the eligibility of the individual making application. The Social Security Number Card bears a Social Security Number; shows the name of the person whose record is identified by that SSN; and contains a space for the person's signature.

4. The information set forth in this affidavit is based on my own investigation, my review of relevant SSA records, and information provided by others. This affidavit does not contain all information received during the course of the investigation but contains those facts that I believe are necessary and sufficient to establish probable cause for the issuance of the requested criminal complaint charging Nicodemos Bernardino Filho with fraud in violation of 18 U.S.C. §1028(a)(6).[1]

---

[1] 18 U.S.C. §1028(a)(6) provides in pertinent part:
Whoever ... knowingly possesses an identification document that is or appears to be an identification document of the United States which is ... produced without lawful authority knowing that such document was

2

5. Nicodemos Bernardino Filho is a native and citizen of Brazil and, according to records maintained by Immigration and Customs Enforcement, at all relevant times he has not been present legally in the United States.

6. As an alien illegally present in the United States, Nicodemos Bernardino Filho is not entitled to receive a Social Security Account number card.

7. On November 14, 2001, Nicodemos Bernardino Filho applied for a Social Security Account number card. Nicodemos Bernardino Filho falsely represented on the application, known as an SS-5, that he was a legal alien allowed to work, knowing that, in truth and in fact, he was not a legal alien allowed to work.[2]

8. As a result of providing false information, Nicodemos Bernardino Filho received and possessed a Social Security card with social security account number 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, and was in possession of it on or about February 22, 2002 in

---

... produced without such authority [shall be guilty of a crime].

[2] Defendant's SS-5 application was processed by former SSA employee Jesse Rocha. On September 8, 2003, he pled guilty to conspiracy to commit fraud in connection with identification documents in violation of 18 U.S.C. §1028(f); conspiracy to commit offenses against the United States in violation of 18 U.S.C. §371; conspiracy to launder monetary instruments in violation of 18 U.S.C. §1956(h) and fraud and misuse of documents in violation of 18 U.S.C. §1546(a). During his plea colloquy, Rocha admitted to processing and approving over 1700 applications for SSNCs for illegal aliens during the period from April 2000 to December 2002. See Ind. 02-10405-GAO.

3

Watertown, Massachusetts.

Based upon the foregoing information, I believe there is probable cause to believe that on February 22, 2002, Nicodemos Bernardino Filho did knowingly possess an identification document that is or appears to be an identification document of the United States which was ... produced without lawful authority knowing that such document was ... produced without such authority in violation of Title 18, United States Code, Section 1028(a)(6).

_____
Vance Ely
Special Agent
United States Social Security Administration
Office of Inspector General

Subscribed and sworn to before me this 10th day of September, 2004

_____
LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE

4

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** SSA

**City** Watertown

**County** Middlesex

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number: **04-M0064 LPC**
- Search Warrant Case Number: _____
- R 20/R 40 from District of: _____

## Defendant Information:

**Defendant Name:** Nicodemos Bernardino Filho   Juvenile: [ ] Yes  [x] No

**Alias Name:** _____

**Address:** 9 Garfield Street, Maynard, MA

**Birth date (Year only):** 1976  **SSN (last 4 #):** ___  **Sex:** M  **Race:** White  **Nationality:** Brazilian

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA:** Robert E. Richardson  **Bar Number if applicable:** _____

**Interpreter:** [x] Yes  [ ] No   **List language and/or dialect:** Portuguese

**Matter to be SEALED:** [ ] Yes  [x] No

[x] Warrant Requested   [ ] Regular Process   [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

**Charging Document:** [x] Complaint  [ ] Information  [ ] Indictment

**Total # of Counts:** [ ] Petty  [x] Misdemeanor 1  [ ] Felony

Continue on Page 2 for Entry of U.S.C. Citations

[x] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/10/04   **Signature of AUSA:** *(signed)*

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Nicodemos Bernardino Filho

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1028(A)(6) | Possession Unauthorized Identification Document | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**
Related to 04-M00064LPC